■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN F. KIESEL, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Mackston, J.), imposed April 19, 1989.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1; *People v Johnson,* 158 AD2d 620). Mangano, P. J., Kooper, Harwood, Balletta and O'Brien, JJ., concur.